```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 20728
   STACY MURPHY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-9898

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/08/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
-----------------------------------------------------------------------

SYSTEMS & SERVICES TECHN SECURED NOT I   15390.50           .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------    --------------
TOTALS                      .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/29/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```